UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO CARRASCAL,

        Plaintiff,

    v.

JOSEPH BERGERON, et al.,

        Defendants.

Case No.  15-cv-02950-PJH

**JUDGMENT**

    The court having dismissed the above-entitled action,

    It is Ordered and Adjudged

    that plaintiff Francisco Carrascal take nothing, and that the action be dismissed.

    **IT IS SO ORDERED.**

Dated:  September 9, 2015

 

_____

PHYLLIS J. HAMILTON
United States District Judge